*A. L. Bartlett,* for plaintiff in error.

*E. S. Griffith,* solicitor-general, contra.

---

### 15313. MEEK *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only. The evidence was conflicting and would have authorized the defendant's acquittal, but it also authorized his conviction, and, the finding of the jury against him having been approved by the trial court, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 16, 1924.

Conviction of manufacture of liquor; from Paulding superior court—Judge Irwin. December 28, 1923.

*A. L. Bartlett,* for plaintiff in error.

*E. S. Griffith,* solicitor-general, contra.

---

### 15314. SINYARD *v.* THE STATE.

LUKE, J. The evidence authorized the defendant's conviction of having located upon his premises an apparatus for the distilling and manufacture of liquor, and the court did not err in overruling his motion for a new trial based upon the general grounds only.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 16, 1924.

Indictment for possessing distilling apparatus; from Paulding superior court—Judge Irwin. December 15, 1923.

*J. R. Hutcheson,* for plaintiff in error.

*E. S. Griffith,* solicitor-general, contra.